UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID LONGORIA and MHO SOLUTIONS LLC OF SOUTH DAKOTA,<br><br>Plaintiffs,<br><br>v.<br><br>SHELLY LYNN TRUMAN,<br><br>Defendant. | CASE NO. 3:26-cv-06137-JHC<br><br>ORDER |

This matter comes before the court on Defendant Shelly Lynn Truman's Petition for Court Appointed Attorney. Dkt. 9. "In proceedings in forma pauperis, the district court 'may request an attorney to represent any person unable to afford counsel.'" *Agyeman v. Corr. Corp. of Am.*, 390 F.3d 1101, 1103 (9th Cir. 2004) (quoting 28 U.S.C. § 1915(e)(1)). Deciding whether to appoint such counsel is within "the sound discretion of the trial court and is granted only in exceptional circumstances." *Franklin v. Murphy*, 745 F.2d 1221, 1236 (9th Cir. 1984). Defendant has presented no showing of an inability to pay for counsel. Defendant also does not point to any authority that allows the Court to appoint an attorney to represent a civil defendant in a suit alleging general allegations of fraud, and the Court knows of no such authority. *See* Dkts. 5, 9. Thus, the Court DENIES the motion without prejudice.

Dated this 20th day of November, 2026.

John H. Chun
United States District Judge